BENJAMIN FOSTER, on behalf of himself and other stockholders, Appellant, *v.* THE INDIANAPOLIS, CINCINNATI AND LA FAYETTE RAILROAD COMPANY et al., Respondents.

(Argued April 19, 1887; decided May 3, 1887.)

*Frederick Allis* for appellant.

*H. H. Anderson* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THOMAS R. A. HALL et al., *v.* JOHN J. MACDONALD, Appellant. MAURICE FITZGERALD et al., Respondents.

(Argued April 19, 1887, decided May 3, 1887 )

*Samuel Untermyer* for appellants.

*David Gerber* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.